**CHUONG MINH LUONG,**
**Petitioner–Appellant,**

v.

**Joseph WOODRING, Warden,**
**Respondent–Appellee.**

**No. 07–55989.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 2, 2009.

Chuong Minh Luong, FCIT, Federal Correctional Institution, Terminal Island, CA, Alan Fenster, Esq., Law Office of Alan Fenster, Beverly Hills, CA, for Petitioner–Appellant.

Michael S. Lowe, Esq., USLA, Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Respondent–Appellee.

R.App. P. 34(a)(2).

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Federal prisoner Chuong Minh Luong appeals pro se from the district court's order denying his 28 U.S.C. § 2241 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Luong contends that the Bureau of Prisons erred by declining to give him credit toward his federal sentence for the time that he served in custody following his transfer from state to federal authorities, pursuant to a writ of habeas corpus *ad prosequendum*. This contention fails. *See* 18 U.S.C. § 3585(b); *see also Taylor v. Reno*, 164 F.3d 440, 444–45 (9th Cir.1998); *Thomas v. Brewer*, 923 F.2d 1361, 1366–67 (9th Cir.1991).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

